IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY TYLER**                                                           **PETITIONER**

**VS.**                              **CASE NO. 4:09CV00916 SWW**

**G. DAVID GUNTHARP, Director of the**
**Arkansas Department of Community Correction**              **RESPONDENT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE