IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY TYLER**                                                                    **PETITIONER**

**VS.**                      **CASE NO. 4:09CV00916 SWW**

**G. DAVID GUNTHARP, Director of the**
**Arkansas Department of Community Correction**         **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.

IT IS SO ORDERED this 8th day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE